**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| NABIL GHOUBRIAL, | ) | CASE NO. 1:07CV3532 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EB ADVANCED, P.C. | ) | |
| | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

       The Court has filed its Order in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

    IT IS SO ORDERED.

                                            S/Christopher A. Boyko
                                            HONORABLE CHRISTOPHER A. BOYKO
                                            UNITED STATES DISTRICT JUDGE

April 16, 2008