IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NABIL GHOUBRIAL | ) | CASE NO.   1:07CV3532 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE:  CHRISTOPHER A. BOYKO |
| | ) | |
| E.B. ADVANCED, P.C. | ) | |
| | ) | |
| Defendant. | ) | **CONSENT JUDGMENT ENTRY** |

THE PARTIES HERETO AGREE to Judgment in favor of Plaintiff, Nabil Ghoubrial, and against Defendant, E.B. Advance, P.C., in the amount of $80,000.00 and court costs.

THE PARTIES FURTHER AGREE that Plaintiff will not execute on said Judgment so long as Defendant pays $40,000.00 in eight (8) monthly installments of $5,000.00, commencing on May 1, 2008.  Said payments shall be due to counsel for Plaintiff on or before the 1st of each subsequent month until the total payments are equal to $40,000.00.  Defendant shall have the right to pre-pay any and all of the amounts set forth in the payment schedule at any time, without penalty.

THE PARTIES FURTHER AGREE that Plaintiff shall be required to promptly file notice of satisfaction of the Judgment and release all liens upon satisfaction of the Judgment by Defendant in accordance with the payment schedule hereto or upon pre-payment of the amounts set forth thereunder.  Notwithstanding anything to the contrary contained herein, Defendant shall only be required to pay the principal amount of $5,000.00 per month, and shall not be required to pay interest on the balance of the Judgment, as long as, Defendant makes timely payments to

Plaintiff in accordance with the payment schedule hereto. Only upon default by Defendant, shall Plaintiff be entitled to collect the balance of the full $80,000.00 Judgment, minus any payments made prior to that date.

      IT IS SO ORDERED.

s/Christopher A. Boyko
_____
JUDGE

June 9, 2008
_____
DATE

SUBMITTED BY:


/s/ Jeffrey Ruple_____  
Jeffrey Ruple (0068742)  
Buckley King  
1400 Bank One Center  
600 Superior Ave., E.  
Cleveland, Ohio 44114  
Phone: (216) 363-1400  
Facsimile: (216) 579-1020  

*Attorney for Defendant*  
*E.B. Advanced, P.C.*  

/s/ H. Alan Rothenbuecher_____  
H. Alan Rothenbuecher (0041883)  
hrothenbuecher@szd.com  
Jay E. Krasovec (0069787)  
jkrasovec@szd.com  
Schottenstein, Zox & Dunn, Co., LPA  
1350 Euclid Ave., Ste. 1400  
Cleveland, Ohio 44115  
Phone: (216) 621-6501  
Facsimile: (216) 621-6502  

*Attorneys for Plaintiff*  
*Nabil Ghoubrial*